IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| SAMUEL B. WESTON, | : | No.: 1:14-bk-03000-HWV |
| | : | |
| | : | Electronically Filed Document |
| Debtor | : | |

## SUBSTITUTION OF COUNSEL

TO: CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE withdraw the appearance of Brenda Sue Bishop, Senior Deputy Attorney General, of the Pennsylvania Office of Attorney General on behalf of the Pennsylvania Department of Revenue in the above-captioned case and substitute the appearance of Jenna Anne Ratica, Deputy Attorney General, of the Pennsylvania Office of Attorney General on behalf of the Pennsylvania Department of Revenue.

Respectfully Submitted,

*/s/ Jenna Anne Ratica*
Jenna Anne Ratica
Deputy Attorney General
Counsel for Commonwealth of Pennsylvania
Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| SAMUEL B. WESTON, | : | No.: 1:14-bk-03000-HWV |
| | : | |
| | : | Electronically Filed Document |
| Debtor | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO: CLERK, UNITED STATES BANKRUPTCY COURT

PLEASE NOTE that pursuant to Bankruptcy Rule 9010(b), the Attorney General of Pennsylvania, as counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person and address set forth below be added to the official address matrix in this proceeding by the Clerk of Court:

**JENNA ANNE RATICA**
**DEPUTY ATTORNEY GENERAL**
**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Telephone (717) 787-8106**
jratica@attorneygeneral.gov

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C. §1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with

Case 1:14-bk-03000-HWV   Doc 108   Filed 06/25/19   Entered 06/25/19 14:36:57   Desc
Main Document      Page 2 of 4

this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of Pennsylvania, Department of Revenue.

Nothing in this pleading is intended to waive the Commonwealth of Pennsylvania's or its officials' immunity from suit in a Federal Court under the Eleventh Amendment of the United States Constitution.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: /s/ *Jenna Anne Ratica*
JENNA ANNE RATICA
Deputy Attorney General
Attorney ID 326424

Office of Attorney General
Financial Enforcement Section
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-8106

JASON L. SWARTLEY
Chief Deputy Attorney General

jratica@attorneygeneral.gov

Date: June 25, 2019

Counsel for Commonwealth of Pennsylvania, Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Bankruptcy |
| | : | |
| SAMUEL B. WESTON, | : | No.: 1:14-bk-03000-HWV |
| | : | |
| | : | Electronically Filed Document |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2019, a true and correct copy of the Notice of Withdrawal and Substitution of Counsel and Entry of Appearance and Request for Notices was filed electronically with the Clerk and email notification pursuant to the Electronic Case Filing System and this notice constitutes service.

**Lawrence V. Young**
CGA Law Firm
135 North George Street
York, PA 17401
717 848-4900
lyoung@cgalaw.com
*Counsel for Debtor*

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
*Assistant U.S. Trustee*

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstowm, PA 17036
*Trustee*

                                             /s/ Jenna Anne Ratica
                                             Jenna Anne Ratica
                                             Deputy Attorney General
                                             Counsel for Commonwealth of Pennsylvania
                                             Department of Revenue