```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 14-03000-HWV
Samuel B. Weston                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: MichaelMc              Page 1 of 4             Date Rcvd: Nov 22, 2019
                              Form ID: pdf010              Total Noticed: 133

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db             +Samuel B. Weston,    490 Greenway Drive,    Red Lion, PA 17356-8615
cr             +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4531839        +ADD: BRIAN HEBERLEIN,    509 N. SCHOOL LANE,    LANCASTER, PA 17603-2532
4531840        +ADD: BUD AND WANDA BRODBECK,    7246 HERSHEY ROAD,    SPRING GROVE, PA 17362-7724
4531841        +ADD: BUILDERS INSURANCE GROUP,    2410 PACES FERRY RD SE,    ATLANTA, GA 30339-1817
4531842        +ADD: GARY NICHOLAS,    15 MARTINGALE DRIVE,    YORK, PA 17404-9191
4531843        +ADD: HAKE'S CONTRACTING,    BUZZ HAKE,    10901 WATKINS ROAD,    GERMANTOWN, MD 20876-4527
4531844        +ADD: KATHALENE PISANO,    30 DRESSAGE COURT,    YORK, PA 17404-9139
4531845        +ADD: KIBLER AUTO GLASS, INC.,    2365 WILT DRIVE,    YORK, PA 17408-4342
4531846        +ADD: MARC ROBERTS, ESQ.,    149 EAST MARKET STREET,    YORK, PA 17401-1221
4531847        +ADD: MIKE GRANBOIS,    820 WESTMINSTER DRIVE,    LANCASTER, PA 17601-1451
4531848        +ADD: MIKE WENGRYN,    70 CROSSWIND DRIVE,    SHREWSBURY, PA 17361-1836
4531850        +ADD: PEOPLES BANK,    P.O. BOX 10311,    STAMFORD, CT 06904-2311
4531849        +ADD: PEOPLES BANK,    105 LEADER HEIGHTS ROAD,    P.O. BOX 2887,    YORK, PA 17405-2887
4531851         ADD: PROGRESSIVE INSURANCE,    PO BOX 105428,    ATLANTA, GA 30348-5428
4531852        +ADD: PROGRESSIVE INSURANCE,    6300 WILSON MILLS ROAD,    MAYFIELD VILLAGE, OH 44143-2182
4531853        +ADD: RANDI RIZZUTO,    3408 OVERVIEW DRIVE,    YORK, PA 17406-6721
4531854        +ADD: ROBERT YOUNG,    751 HERITAGE HILLS DRIVE,    YORK, PA 17402-8806
4531855        +ADD: SUNDANCE VACATIONS,    264 HIGHLAND PARK BLVD,    WILKES BARRE, PA 18702-6711
4531856       #+ADD: TEST AND ART EBERLY,    1356 BONBAR ROAD,    YORK, PA 17403-3002
4531857         ADD: WILLIAM J. BETTER, P.C.,    N. DANIEL REEDER, ESQ.,    1 ALBANY AVENUE,
                 KINDERHOOK, NY 12106
4531859         ADD: YELLOW PAGES (YP),    PO BOX 111455,    CARROLLTON, TX 75011-1455
4531858        +ADD: YELLOW PAGES (YP),    611 N. BRAND BLVD 5TH FLOOR,    GLENDALE, CA 91203-3288
4510903        +AGUSTUS DRACOULES,    43 SPRING HILL LANE,    MOUNTVILLE, PA 17554-1065
4510906        +ANESTHESIA ASSOCIATES,    110 PINE GROVE COMMONS,    YORK, PA 17403-5151
4510905         ANESTHESIA ASSOCIATES,    P O BOX 70240,    PHILADELPHIA, PA 19176
4510907        +ART WOLF,    14 ENGLISH SADDLE COURT,    PARKTON, MD 21120-9083
4510908        +ATLANTIC CUSTOM GRANITE AND MARBLE,    165 S. ORCHARD STREET,    YOE, PA 17313-1009
4538865         Arthur Wolf,    14 English Saddle Ct.,    Parkton, MD 21120-9083
4510909        +B.A.C. SALES, INC.,    1871 ROUTE 9H,    HUDSON, NY 12534-3374
4510910         BERKLEY INSURANCE CO.,    PO BOX 580458,    CHARLOTTE, NC 28258-0458
4510911        +BILL MCLAUGHLIN,    104 N. MAIN STREET,    SHREWSBURY, PA 17361-1324
4510912        +BUILDERS INSURANCE GROUP,    2410 PACES FERRY RD SE,    ATLANTA, GA 30339-1817
4510916        +CENTRAL CREDIT CONTR.,    916 SOUTH 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
4510917        +CHARLIE MARK,    124 ASPEN DRIVE,    EAST BERLIN, PA 17316-8629
4510918        +CITI,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
4510920        +CITI,    PO BOX 6077,    SIOUX FALLS, SD 57117-6077
4510919       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: CITI,    PO BOX 183051,    COLUMBUS, OH 43218-3051)
4510921        +CLIPPER MAGAZINE,    3708 HEMPLAND ROAD,    MOUNTVILLE, PA 17554-1542
4510922        +CLIPPER MAGAZINE,    P.O. BOX 610,    MOUNTVILLE, PA 17554-0610
4510923         COLLECTION BUREAU OF AMERICA,    PO BOX 5013,    HAYWARD, CA 94540-5013
4510924        +COLLECTION BUREAU OF AMERICA,    25954 EDEN LANDING ROAD,    HAYWARD, CA 94545-3837
4510926        +COLUMBIA GAS,    PO BOX 910,    SMITHFIELD, PA 15478-0910
4510925       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court: COLUMBIA GAS,    P.O. BOX 742537,    CINCINNATI, OH 45274-2537)
4510930        +COMMONWEALTH OF PA,    DEPARTMENT OF LABOR & INDUSTRY,    P.O. BOX 60848,
                 HARRISBURG, PA 17106-0848
4510931        +CONNIE DRAVK,    525 OAKWOOD DRIVE,    DOVER, PA 17315-1325
4510933         CRYSTAL SPRINGS,    P.O. BOX 3229,    LANCASTER, PA 17604-3229
4510934        +DANETTE KOONS,    2980 ROBIN ROAD,    YORK, PA 17404-5774
4510935        +DOUG HACKLEY,    5018 FIELD VIEW DRIVE,    MOUNT JOY, PA 17552-8854
4510936        +EDWARD BAKER,    212 BLUE JAY DRIVE,    RED LION, PA 17356-9593
4531861        +EDWARD E. BAKER,    212 BLUE JAY DRIVE,    RED LION, PA 17356-9593
4510937        +EVA SCHNEIDER,    1324 JASMINE LANE,    LANCASTER, PA 17601-7139
4510939         FORD CREDIT,    P.O. BOX 55000,    DEPT 194101,    DETROIT, MI 48255-1941
4510938         FORD CREDIT,    P.O. BOX 542000,    OMAHA, NE 68154-8000
4510940        +FORD MOTOR CREDIT,    OMAHA SERVICE CENTER,    P O BOX 542000,    OMAHA, NE 68154-8000
4589237       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    Dept 55953,    P O BOX 55000,
                 Detroit MI 48255-0953)
4510941        +FRANK STORM & CO.,    51 S. RICHLAND AVENUE,    YORK, PA 17404-3424
4519653        +Fireplace City,    5830 Lincoln Highway,    York PA 17406-8902
4510942        +GEORGE PARTLOW,    2755 DANIELLE DRIVE,    DOVER, PA 17315-4654
4510943        +GLEN GERY BRICK CENTER 10,    1090 E. BOUNDARY AVE.,    YORK, PA 17403-2920
4510944        +HARRY LIGHT,    3898 PAWNEE ROAD,    COLUMBIA, PA 17512-9742
4510945        +HARRY ZUMBRUN,    1130 WYNDSON DRIVE,    YORK, PA 17403-4492
4529332        +Harry & Charla Zumbrun,    1130 Wyndsong Drive,    York PA 17403-4492
4533837        +Howard Gershman, Esquire,    Gershman Law Offices PC,    610 York Road Ste 200,
                 Jenkintown, PA 19046-2867
4510946        +JIM SMITH,    433 GUN CLUB ROAD,    YORK, PA 17406-8631
4510947        +JOE MCCABE,    3712 LONGPOINT DRIVE,    YORK, PA 17402-4364
```

```
4510948      +JOEL FREY,    679 N. ERISMAN ROAD,    MANHEIM, PA 17545-9698
4510950      +KOCMAN INSURANCE GROUP,    3217 E. MARKET ST.,    YORK, PA 17402-2548
4510951       LAW OFFICES OF MORRIS & ADELMAN, PC,    PO BOX 2235,    BALA CYNWYD, PA 19004-6235
4510899      +LAWRENCE V. YOUNG,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4510954      +LOWE'S PRO SERVICES,    PO BOX 965046,    ORLANDO, FL 32896-5046
4512293      +Lewis ZUBER,    2835 DEER LEAP LANE,    YORK, PA 17403-9579
4553044      +MARLIN BUSINESS BANK,    300 FELLOWSHIP ROAD,    MOUNT LAUREL, NJ 08054-1201,
               ATTN: BANKRUPTCY DEPT.
4510958      +MARLIN LEASING,    P.O. BOX 13604,    PHILADELPHIA, PA 19101-3604
4510959       MARLIN LEASING CORP,    P.O. BOX 8500-50290,    PHILADELPHIA, PA 19178-8500
4510960      +MASTER HEAT DISTRIBUTORS,    7915-B PHILADELPHIA ROAD,    ROSEDALE, MD 21237-2636
4510962      +MET ED,    P.O. BOX 3687,    AKRON, OH 44309-3687
4510964     ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
              (address filed with court: MET-ED,      331 NEWMAN SPRINGS ROAD,    BLDG. 3,    RED BANK, NJ 07701)
4510965       MICHAEL POTTER,    461 BEAVER CREEK ROAD,    HANOVER, PA 17331
4510967       MORRIS & ADELMAN, PC,    PO BOX 2235,    BALA CYNWYD, PA 19004-6235
4524211      +Master Heat Distributors,    A Division of Kleen Rite Corp.,    William A. Hahn, Jr.,
               502 Washington Ave Suite 700,    Towson, MD 21204-4517
4544413      +Meted a First Energy Corp,    331 Newman Springs Rd Bldg 3,    Red Bank NJ 07701-6771
4528733      +Michael T Potter,    Joan E Potter,    961 Beaver Creek Rd,    Hanover PA 17331-9418
4510968      +OLYMPIA CHIMNEY SUPPLY, INC.,    600 SANDERS STREET,    SCRANTON, PA 18505-3400
4510969       PA DEPARTMENT OF LABOR & INDUSTRY,    OFFICE OF UC TAX SERVICES,    29 E. KING ST.,
               HARRISBURG, PA 17106
4510901      +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4510970      +PAUL CAMPBELL,    1470 Freysville Road,    York PA 17406-7733
4510972      +PENN WASTE INC.,    P.O. BOX 3066,    YORK, PA 17402-0066
4510973       PENN WASTE, INC.,    85 BRICKYARD ROAD,    YORK, PA 17402
4510976      +PROGRESSIVE INSURANCE,    P.O. BOX 31260,    TAMPA, FL 33631-3260
4510977      +PROGRESSIVE INSURANCE,    P.O. BOX 182009,    COLUMBUS, OH 43218-2009
4510975      +PROGRESSIVE INSURANCE,    6300 WILSON MILLS ROAD,    MAYFIELD VILLAGE, OH 44143-2182
4531447      +Paul J. Campbell,    1470 Freysville Rd,    York, PA 17406-7733
4510974      +Premier Mantels Co.,    4270 Bryson Blvd.,    Florence, AL 35630-7319
4510978      +RANDY CREAGER,    2809 WYNGATE DRIVE,    YORK, PA 17403-9585
4510980      +RICHARD MORROW,    908 EAGLE LANE,    WRIGHTSVILLE, PA 17368-9622
4510981      +RICK CASE,    550 S. COCALICO ROAD,    DENVER, PA 17517-9572
4510982      +RODNEY ANDERSON,    2671 DUMBARTON DRIVE,    DOVER, PA 17315-4485
4544066       Robert R. Young,    751 Hilltop Hollow Dr.,    York, PA 17402
4510984      +SEARS/CBNA,    PO BOX 6283,    SIOUX FALLS, SD 57117-6283
4510986      +SEARS/CBSD,    701 E 60TH ST NORTH,    SIOUX FALLS, SD 57104-0432
4510985      +SEARS/CBSD,    P O BOX 6189,    SIOUX FALLS, SD 57117-6189
4510900      +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4512294      +SHARON STOTTLEMYER,    2340 EMIGS MILL ROAD,    DOVER, PA 17315-4624
4510987      +STERMER BROTHERS SUPPLY,    1330 HARRISBURG PIKE,    LANCASTER, PA 17603-2518
4510988      +STOLL FIREPLACE EQUIPMENT, INC.,    153 HWY 201,    ABBEVILLE, SC 29620-3539
4510989      +TRAVIS INDUSTRIES,    12521 HARBOUR REACH DRIVE,    MUKILTEO, WA 98275-5317
4536040      +William P. McLaughlin,    104 N Main St,    Shrewsbury Pa 17361-1324
4510991      +YORK COUNTY TAX CLAIM BUREAU,    28 EAST MARKET STREET,    ROOM 110,    YORK, PA 17401-1587
4558508       eCAST Settlement Corporation assignee of Citibank,    (South Dakota) NA,    POB 29262,
               New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: cio.bncmail@irs.gov Nov 22 2019 19:06:22      IRS,    600 Arch Street Room 5200,
               Philadelphia, PA 19106-1611
4510904      +E-mail/Text: info@aal.bz Nov 22 2019 19:06:37      ANESTHESIA ASSOC,    133 E. FREDERICK STREET,
               LANCASTER, PA 17602-2294
4521031       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2019 19:11:45
               American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK  73126-8941
4510913       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2019 19:11:41      CAPITAL ONE,
               PO BOX 85520,    RICHMOND, VA 23285
4510914      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2019 19:11:14
               CAPITAL ONE BANK (USA), N.A.*,    1680 CAPITAL ONE DRIVE,    MC LEAN, VA 22102-3407
4510915       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 22 2019 19:11:41      CAPITAL ONE BANK*,
               PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4510929       E-mail/Text: documentfiling@lciinc.com Nov 22 2019 19:06:16      COMCAST,    PO BOX 3006,
               SOUTHEASTERN, PA 19398-3006
4510928      +E-mail/Text: documentfiling@lciinc.com Nov 22 2019 19:06:16      COMCAST,
               221 W. PHILADELPHIA STREET,    SUITE 12,    YORK, PA 17401-2992
4510932      +E-mail/Text: bankruptcy@water.com Nov 22 2019 19:06:25      CRYSTAL SPRINGS,    1761 NEWPORT ROAD,
               EPHRATA, PA 17522-8761
4510952      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 19:11:27      LOWE'S,    PO BOX 530954,
               ATLANTA, GA 30353-0954
4510953       E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 19:11:26      LOWE'S BUSINESS ACCOUNT,
               P.O. BOX 103080,    ROSWELL, GA 30076
4510955       E-mail/Text: camanagement@mtb.com Nov 22 2019 19:06:23      M & T BANK,    1 FOUNTAIN PLZ,
               BUFFALO, NY 14203
4510957       E-mail/Text: camanagement@mtb.com Nov 22 2019 19:06:23      M & T BANK,    499 MITCHELL ST,
               MS 501-34,    MILLSBORO, DE 19966-9408
4510956       E-mail/Text: camanagement@mtb.com Nov 22 2019 19:06:23      M & T BANK,
               ATTN: BANKRUPTCY DEPARTMENT,    1100 WEHRLE DR, 2ND FLOOR,    BUFFALO, NY 14221-7748
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4564051         E-mail/Text: camanagement@mtb.com Nov 22 2019 19:06:23     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
4510961        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2019 19:06:28     MCM,   DEPT. 12421,
                 P.O. BOX 603,    OAKS, PA 19456-0603
4510966        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 22 2019 19:06:28     MIDLAND CREDIT MANAGEMENT,
                 8875 AERO DRIVE,    SUITE 200,   SAN DIEGO, CA 92123-2255
4554556         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2019 19:11:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4526132         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2019 19:06:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
4510979        +E-mail/Text: collections@rapidadvance.com Nov 22 2019 19:06:40     RAPID ADVANCE,
                 7316 WISCONSIN AVE.,    SUITE 350,   BETHESDA, MD 20814-2977
4567153         E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 19:11:27     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
4851746        +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2019 19:11:14     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
4510990        +E-mail/Text: kcm@yatb.com Nov 22 2019 19:06:19     YORK ADAMS TAX BUREAU,    1405 N DUKE STREET,
                 PO BOX 15627,   YORK, PA 17405-0156
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4531860*       +B.A.C. SALES, INC.,    1871 ROUTE 9H,    HUDSON, NY 12534-3374
4510927*      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   COLUMBIA GAS OF PA,    200 CIVIC CENTER DR,   11TH FLOOR,
                 COLUMBUS, OH 43215)
4735657*        Department of Treasury-Internal Revenue Service,    PO Box 7346,   Philadelphia PA 19101-7346
4510902*       +INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OP.,   P.O. BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4531862*       +KOCMAN INSURANCE GROUP,    3217 E. MARKET ST.,    YORK, PA 17402-2548
4510963*      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
                 (address filed with court:   MET-ED,   P.O. BOX 16001,   READING, PA 19612-6001)
4510898*       +SAMUEL B. WESTON,    490 GREENWAY DRIVE,    RED LION, PA 17356-8615
4512292        ##+GREGORY DEAVER & JONI SMITH,    4 HEATHER WAY,    FELTON, PA 17322-8842
4574084        ##+Gregory A Deaver,    4 Heather Way,    Felton PA 17322-8842
4510949        ##+JUDY STERNER,    1176 KLINES RUN ROAD,    WRIGHTSVILLE, PA 17368-9119
4510971        ##+PENN CREDIT,    916 S 14TH ST,   HARRISBURG, PA 17104-3425
4510983        ##+RYAN MCKINLEY,    746 Priority Road,    York, PA 17404-2456
                                                                                        TOTALS: 0, * 7, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: MichaelMc            Page 4 of 4                  Date Rcvd: Nov 22, 2019
                               Form ID: pdf010            Total Noticed: 133
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Howard   Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James   Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jenna Anne Ratica    on behalf of Creditor    PA Department of Revenue jratica@attorneygeneral.gov,
               ARC-Court-MiddleDistrict@attorneygeneral.gov
              John F Goryl    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence V. Young    on behalf of Debtor 1 Samuel B. Weston lyoung@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.
               com
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

    Samuel B. Weston

        Debtor

Chapter 13

Case No. 1:14-bk-03000

## ORDER GRANTING MOTION TO REOPEN CASE AND RECONSIDER FINAL DECREE

UPON CONSIDERATION of the Motion to Reopen Case and Reconsider Final Decree, and for good cause having been shown, it is hereby

ORDERED THAT the Debtor Chapter 13 Bankruptcy is hereby reopened. The necessary document ( Debtor's Certification Regarding Domestic Support Obligations shall be filed within (5) business day and a Chapter 13 Discharge will be entered

Dated: November 22, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (LS)

{01716634/1}